IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT ALEXANDER,

        Petitioner,

v.

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

        Respondent.

ORDER

09-cv-580-bbc

---

On October 1, 2009, this court entered an order directing petitioner to supplement his petition with facts supporting each of his claims and with information showing that he met the exhaustion requirement. In the order, the court indicated that it was enclosing a copy of the petition so that petitioner could complete it. Through an oversight, however, the court did not mail a copy of the petition with the order.

A copy of the petition is enclosed with this order so that petitioner may provide the information requested by the court. He must do so no later than November 6, 2009.

Entered this 15th day of October, 2009.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge

Copy of this document has been provided to Petr (wbrc)
this 16 day of Oct, 2009
by C. A. Korth
C. A. Korth, Secretary to Magistrate Judge Crocker