IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT ALEXANDER,

                Petitioner,                ORDER

   v.                                        09-cv-580-bbc

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

                Respondent.

---

On October 1, 2009, this court entered an order directing petitioner Robert Alexander to supplement his application for a writ of habeas corpus with facts supporting each of his claims and showing that he met the exhaustion requirement. The court granted petitioner two extensions of that deadline, with the latest order specifying that petitioner was to file his supplement not later than January 11, 2010. Order, Dec. 11, 2009, dkt. 11. It is now January 27, 2010 and petitioner has not supplemented his petition. Accordingly, dismissal for failure to prosecute is the next step if petitioner does not immediately fulfill his obligations to this court.

ORDER

IT IS ORDERED that this case will be dismissed on February 5, 2010, unless petitioner files a supplement to his petition before that date.

Entered this 27th day of January, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge