IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT E. ALEXANDER

                    Petitioner,                               MEMORANDUM

   v.

                                                          09-cv-580-wmc

MICHAEL THURMER

                    Respondent.

---

Petitioner has filed with the court a letter dated May 17, 2010, dkt. 41.  He has not signed the document as required by the Federal Rules of Civil Procedure.  Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel.  "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."  Fed. R. Civ. P. 11(a).  Therefore, I am returning plaintiff's letter to him with his copy of this memorandum and giving him until June 4, 2010, in which to sign and return the document to this court.  Failure to do so will result in the document being stricken pursuant to Rule 11(a).

Entered this 25th day of May, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge