IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT E. ALEXANDER,

    Petitioner,

v.

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-580-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Robert E. Alexander for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

_____
Peter Oppeneer, Clerk of Court

3/10/2011
Date